JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raul Uriarte-Limon,<br><br>     Plaintiff(s),<br><br>     v.<br><br>Star Buffet Lynwood Inc., et al.,<br><br>     Defendant(s). | Case No. 2:24-cv-10324-JLS-BFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

   On February 26, 2025, a Notice of Settlement was filed (Doc. 27), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload.  The case will not be reopened absent a written showing of good cause filed within 60 days of this order.

   The parties shall file a Stipulation of Dismissal no later than April 26, 2025 (the "Dismissal Date").  If no dismissal is filed, the Court deems the matter dismissed at that time.

   Until the Dismissal Date, the Court retains full jurisdiction over this action.  All other deadlines and hearings are vacated.

IT IS SO ORDERED.

DATED: February 27, 2025

                                        JOSEPHINE L. STATON
                                        _____
                                        HONORABLE JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE